USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D. LIK CHIN CHAN,

                Plaintiff,

      v.

MPG OPERATIONS LLC,

               Defendant.

21-CV-10385 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that the parties have reached a settlement in principle. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.  Any application to reopen this action must be filed within forty-five (45) days of this order, and any application filed thereafter may be denied solely on that basis.  If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same forty-five-day period.  *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).  All deadlines and conferences in the matter are hereby adjourned.  The Clerk of Court is respectfully directed to terminate the letter motion pending at Dkt. 12 and close this case.

SO ORDERED.

Dated:    March 8, 2022
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge